IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

JOSEPH LEBLANC,

       Plaintiff,

v.                          CASE NO.:

CREDIT BUREAU COLLECTION
SERVICES, INC.; "MATTHEW
KING"; and ONE OR
MORE "JOHN or JANE SMITHS,"

       Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL
## (Unlawful Debt Collection Practices)

Plaintiff Joseph LeBlanc ("Mr. LeBlanc"), by the undersigned attorneys, sues defendants Credit Bureau Collections Services, Inc. ("CBCS") and defendant "Matthew King," and states as follows:

### PART I: INTRODUCTION

1. This is an action for damages brought by an individual consumer for violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer debts; and the Florida Consumer Collection Practices Act, Chap. 559, Florida

Statutes ("FCCPA"), which prohibits all persons from engaging in abusive, deceptive and unfair practices in the collection of consumer debts.

2. The debt sought to be collected by the defendants herein was a consumer debt within the meaning of the FDCPA and the FCCPA.

3. The plaintiff has retained the below-signed attorneys and is obligated to pay them a reasonable fee for their services.

## PART II: JURISDICTION AND VENUE

4. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337; supplemental jurisdiction exists for state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. § 2201 and § 2202.

5. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

## PART III: PARTIES

6. Plaintiff Joseph LeBlanc is a natural person residing in Hillsborough County, Florida, which is in the Middle District of Florida, Tampa Division.

7. The defendants herein are as follow:

   a. CBCS is a corporation formed under the laws of the state of Ohio, with its principal place of business being located in Columbus, Ohio.

   b. "Matthew King" is believed to be a natural person who at all times material hereto acted as an agent or representative of defendant CBCS. It is unknown at this point where this person resides or whether this is a true person's name or a false "desk name."

   c. Defendants "one or more John or Jane Smiths," whose true names are unknown at this time but are expected to be identified and added as parties defendant as discovery proceeds, at all times material hereto acted as agents or representatives of defendant CBCS

8. Defendants CBCS and "Matthew King" are debt collectors as defined by the FDCPA at 15 U.S.C., § 1692a(6). All defendants are subject to the provisions of the FCCPA.

## PART IV: FACTUAL ALLEGATIONS

9. The plaintiff has been the object of consumer

debt collection activity by the defendants, which activity occurred within one year prior to the date of filing this action.

10. In the course of the above-said consumer debt collection activity, defendants violated one or more provisions of the FDCPA and the FCCPA, including but not limited to the following:

    a. On March 18, 2007, Mr. LeBlanc received a dunning letter from CBCS, a copy of which is attached as Composite Exhibit "A."

    b. In response to the March 18, 2007 dunning letter, Mr. LeBlanc called CBCS to inform them that he was represented by the below-signed attorney and provided CBCS with both his attorney's name and phone number, as shown by plaintiff's notes attached as Composite Exhibit "B".

    c. After having been told that Mr. LeBlanc was represented by an attorney, and knowing both the name and telephone number of that attorney, defendant "Matthew King" continued to communicate with Mr. LeBlanc about the alleged debt, also as shown by the notes attached as Composite Exhibit "B".

## COUNT I: CLAIM FOR VIOLATIONS OF FDCPA

11. Plaintiff realleges and incorporates herein by reference the paragraphs contained in Parts I, II, III, and IV above.

12. The following defendants are liable for violating 15 U.S.C. §1692(c)(2) of the FDCPA: CBCS and "Matthew King." As a result thereof, the named defendants are liable to the plaintiff for statutory damages of $1,000.00 per defendant, together with actual damages, costs, and attorneys fees, all as provided in 15 U.S.C. § 1692k.

## COUNT II: CLAIM FOR VIOLATIONS OF FCCPA

13. Plaintiff realleges and incorporates herein by reference the paragraphs contained in Parts I, II, III, and IV above.

14. The following defendants are liable for violating §559.72(7) and (18), Fla. Stat.: CBCS and "Matthew King." As a result thereof, these defendants are liable to the plaintiff for statutory damages of $1,000.00 per defendant, together with actual damages, costs, and attorneys fees, all as provided in § 559.77, Fla. Stat.

15. The FCCPA at § 559.77(2), Fla. Stat., provides for the imposition of punitive damages against offending parties within the discretion of the Court, and such damages may be claimed by the plaintiff now. Cohen v. Office Depot, 184 F.3d 1292 (11th Cir. 1999); reaffirmed, Cohen v. Office Depot, 204 F.3d 1069 (11th Cir. 2000). The plaintiff accordingly requests that the Court exercise such discretion and impose punitive damages on the defendants herein upon the showing of abuse and harassment of the plaintiff through various violations of both the FDCPA and the FCCPA.

WHEREFORE, plaintiff, demands judgment against the defendants, as indicated above, for the following:

    a. Actual damages and statutory damages pursuant to 15 U.S.C. § 1692(k);

    b. Actual and statutory damages pursuant to § 559.77, Fla. Stat.;

    c. Punitive damages pursuant to § 559.77(2);

    d. Costs and attorneys' fees pursuant to both 15 U.S.C. § 1692 and § 559.77(2), Fla. Stat.;

e. Such other and further relief as the Court may deem to be just and proper.

f. Plaintiff demands trial by jury in this action.

<u>s/ Timothy Condon</u>
TIMOTHY CONDON, TRIAL COUNSEL
FBN 217921 Email <u>tim@timcondon.net</u>
FREERICK W. VOLLRATH, CO-COUNSEL
FBN 165812 Email <u>fredvollrath@aol.com</u>
VOLLRATH-CONDON, P.A.
P.O. Box 1007, Tampa, Florida 33601
Tel. 813-251-2626 Fax 813-254-2979
COUNSEL FOR PLAINTIFF